Rehearing granted, June 24, 2003

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7720**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNY R. GULLETT,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (CR-94-17, CA-97-456-2)

_____

Submitted:  January 21, 2003          Decided:  March 7, 2003

_____

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Cheryl Johns Sturm, Chadds Ford, Pennsylvania, for Appellant. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Denny R. Gullett seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Gullett has not made a substantial showing of the denial of a constitutional right.  See United States v. Gullett, Nos. CR-94-17; CA-97-456-2 (S.D.W. Va. Sept. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal.  See 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2